## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DISCIPLINE OF MERRILL JOHN DRUGGS  
       ATTORNEY PA I.D. NO. 34973              )  
       A MEMBER OF THE BAR OF THE       )  
       UNITED STATES DISTRICT COURT FOR   )   MISC. NO. 14-97  
       THE WESTERN DISTRICT OF         )  
       PENNSYLVANIA

### ORDER OF COURT

AND NOW, to-wit, this ___27th___ day of June 2014, the Court being advised that

MERRILL JOHN DRUGGS, a Member of the Bar of this Court since November 2, 1981 has been

DISBARRED ON CONSENT, by the Supreme Court of Pennsylvania, and from the Bar of the

Commonwealth of Pennsylvania;

      IT FURTHER APPEARING that a Rule to Show Cause was issued by this Court on

May 27, 2014 affording ATTORNEY MERRILL JOHN DRUGGS the opportunity to show good cause

why a similar Order should not be entered by this Court,

      IT FURTHER APPEARING that the Rule to Show Cause was delivered by Certified Mail and

no response being filed by the respondent,

      IT IS THEREFORE ORDERED that MERRILL JOHN DRUGGS, is hereby DISBARRED ON

CONSENT from the practice of law in the United States District Court for the Western District of

Pennsylvania, and he shall comply with all the provisions of Rule 217, Pa.R.D.E., and pending

further Order of this Court. The Clerk is directed to give notice of the entry of this Order to all

parties of interest.

                   FOR THE COURT:

                   JOY FLOWERS CONTI  
                   CHIEF JUDGE